v. Richter, 562 U.S. 86, 131 S. Ct. 770, 178 L. Ed. 2d 624 (2011).

Same case below, 405 Fed. Appx. 123.

---

**No. 10-1405. Larry G. Tyrues, Petitioner v. Eric K. Shinseki, Secretary of Veterans Affairs.**

565 U.S. 802, 132 S. Ct. 75, 181 L. Ed. 2d 2, 2011 U.S. LEXIS 6980.

October 3, 2011. On petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Federal Circuit for further consideration in light of Henderson v. Shinseki, 562 U.S. 428, 131 S. Ct. 1197, 179 L. Ed. 2d 159 (2011).

Same case below, 631 F.3d 1380.

---

**No. 10-9437. Timothy James Butler, Petitioner v. United States.**

565 U.S. 802, 132 S. Ct. 75, 181 L. Ed. 2d 2, 2011 U.S. LEXIS 6737.

October 3, 2011. On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of Pepper v. United States, 562 U.S. 476, 131 S. Ct. 1229, 179 L. Ed. 2d 196 (2011).

Same case below, 405 Fed. Appx. 259.

---

**No. 10-10334. Terence L. Williams, Petitioner v. United States.**

565 U.S. 802, 132 S. Ct. 76, 181 L. Ed. 2d 2, 2011 U.S. LEXIS 6820.

October 3, 2011. On petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Sixth Circuit for further consideration in light of Pepper v. United States, 562 U.S. 476, 131 S. Ct. 1229, 179 L. Ed. 2d 196 (2011).

---

**No. 10-10233. Walter Leonardo, Petitioner v. United States.**

565 U.S. 802, 132 S. Ct. 76, 181 L. Ed. 2d 2, 2011 U.S. LEXIS 6876.

October 3, 2011. On petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of Tapia v. United States, 564 U.S. 319, 131 S. Ct. 2382, 180 L. Ed. 2d 357 (2011).

Same case below, 408 Fed. Appx. 866.